Jay W. Rapp, Administrator of Estate of George Tong, Deceased, Appellee, v. Grace E. Goerlitz and Charles Goerlitz, Defendants.
Appeal of Charles Goerlitz, Appellant.

Gen. No. 41,820.

Heard in first division, first district, this court at October term, 1941; opinion filed March 23, 1942. Harry A. Biossat and William Chones, for appellant; Chadwick, Johnson & Leone, for appellee; Wm. H. Chadwick and A. Andrew Leone, of counsel. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''